1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11

JESSE MORENO,

        Plaintiff,

    v.

KATHLEEN ALLISON,

        Defendant.

Case No.  22-cv-03612-JSC

**ORDER OF TRANSFER**

12      Petitioner, a California prisoner proceeding without an attorney, filed this petition for a

13 writ of habeas corpus under 28 U.S.C. § 2254.  The petition challenges the validity of Petitioner's

14 conviction in Fresno County Superior Court.

15      A petition for a writ of habeas corpus made by a person in custody under the judgment

16 and sentence of a state court of a state which contains two or more federal judicial districts may be

17 filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).

18 Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the

19 district court for the district where the petition is filed may transfer the petition to the other district

20 in the furtherance of justice.  *See id.*  Federal courts in California traditionally have chosen to hear

21 petitions challenging a conviction or sentence in the district of conviction.  *See Dannenberg v.*

22 *Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal.

23 1968).

24      As Petitioner challenges the validity of his conviction, the proper venue for his petition is

25 the district in which he was convicted.  Fresno County is located within the venue of the Eastern

26 District of California.  *See* 28 U.S.C. § 84.

27      Accordingly, in the interest of justice, this case is TRANSFERRED to the United States

28 District Court for the Eastern District of California.  In light of this transfer, ruling on Petitioner's

<div style="writing-mode: vertical-lr;">United States District Court<br>Northern District of California</div>

1    application to proceed in forma pauperis is deferred to the Eastern District.  The Clerk shall

2    terminate this motion from this Court's docket (docket number 4), and shall transfer this matter

3    forthwith.

4         **IT IS SO ORDERED.**

5    Dated: July 11, 2022

6

7

8    JACQUELINE SCOTT CORLEY
     United States District Judge

9

10

11

12